B 265
(1/88)

# UNITED STATES BANKRUPTCY COURT
For the   District of Delaware

**In re**

STUDENT FINANCE CORPORATION,
  Debtor.

Bankruptcy Case No. 02-11620-DDS

CHARLES A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE OF STUDENT
FINANCE CORPORATION,
  Plaintiff,
v.
HOOK UP DRIVERS, INC.,
  Defendant.

05mc81

Adversary Proceeding No. 04-56409-DDS

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on ___March 28, 2005___
(date)
as it appears of record in my office, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the
_____ issued on _____.
(name of court)                                  (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
(date)

DAVID D. BIRD
Clerk of the Bankruptcy Court

4/20/05
Date

By: _Mary Hyland_
Deputy Clerk