IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :::  |
| STUDENT FINANCE CORPORATION | ::: Chapter 7 |
| Debtor. | ::: Case No. 02-11620-DDS |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION | ::: 05mc81 |
| Plaintiff, | ::: Adversary Proceeding No. 04-56409-DDS |
| vs. | ::: |
| HOOK UP DRIVERS, INC. | ::: |
| Defendant. | ::: |

### ORDER

AND NOW, this 29_ day of March_____, 2005, upon consideration of the Plaintiff's Motion for Default Judgment, and in accordance with Federal Rule of Bankruptcy Procedure 7055(b)(2), default judgment is hereby ENTERED against Defendant Hook Up Drivers, Inc., in the amount of $15,171,674.95.

BY THE COURT:

_[signature]_

SFC_ Motion for Default Judgment_ Hook Up (3)