# DILWORTH PAXSON LLP

LAW OFFICES

DIRECT DIAL NUMBER:  
(215) 575-7146

Holly R. Rogers  
HROGERS@DILWORTHLAW.COM

April 15, 2005

VIA UPS  
Clerk's Office  
Attn: Intake  
824 Market Street  
3rd Floor  
Wilmington, Delaware 19801

RE: *In re: Student Finance Corporation, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation v. Hook Up Drivers, Inc.*, Adv. Proc. No. 04-56409 (DDS)

MC 05-81

Dear Clerk:

Enclosed please find a Certification of Judgment for Registration in Another District and a check in the amount of $9.50 as the filing fee. Kindly send the completed Certification to the District Court for the District of Delaware for registration with the District Court, along with the $39.00 check made out to the Clerk of the District Court as payment for the registration.

Thank you for your assistance in this matter. If you have any questions or concerns, please do not hesitate to contact me at (215) 575-7146.

Sincerely,

*Holly R. Rogers*

Holly R. Rogers

HRR/tla  
Enclosure

598127_1

3200 MELLON BANK CENTER • 1735 MARKET STREET • PHILADELPHIA PA 19103-7595  
(215) 575-7000 • FAX (215) 575-7200 • www.dilworthlaw.com

CHERRY HILL NJ    HARRISBURG PA    NEPTUNE NJ    NEWTOWN SQUARE PA    WASHINGTON DC    WILMINGTON DE